1  Oliver M. Gold, Bar No. 279033
2  OGold@perkinscoie.com
   PERKINS COIE LLP
3  1888 Century Park E, Suite 1700
4  Los Angeles, CA 90067-1721
   Telephone:  +1.310.788.3365
5  Facsimile:   +1.310.788.3399

6
   Mack H. Shultz, (*pro hac vice* forthcoming)
7  MShultz@perkinscoie.com
8  Christopher M. Ledford, Bar No. 255902
   CLedford@perkinscoie.com
9  Pj M. Novack, Bar No. 333903
10 PNovack@perkinscoie.com
   PERKINS COIE LLP
11 1301 Second Avenue, Suite 4200
12 Seattle, WA 98101-3804
   Telephone:  +1.206.359.8000
13 Facsimile:   +1.206.359.9000

14 *Attorneys for Defendant The Boeing Company*

15           UNITED STATES DISTRICT COURT

16          CENTRAL DISTRICT OF CALIFORNIA

17        WESTERN (LOS ANGELES) DIVISION

18 STEPHANIE KING, an individual,          Case No. 2:25-cv-06136-CV-JPR
19
          Plaintiff,                       **DEFENDANT THE BOEING
20                                          COMPANY'S NOTICE OF
21        v.                               RELATED CASES (L.R. 83-1.3.1)**

22 THE BOEING COMPANY; ALASKA
   AIRLINES INC., a corporation; and
23 DOES 1 through 20, inclusive,
24
          Defendants.
25

26

27

28
                                -1-

1   **TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF**
2   **THE CENTRAL DISTRICT OF CALIFORNIA:**

3          Pursuant to the United States District Court for the Central District of
4   California L.R. 83-1.3, Defendant The Boeing Company ("Boeing") hereby provides
5   notice that the present matter is related to the matters captioned *Moise v. The Boeing*
6   *Co.*, Case No. 2:24-cv-03942-WLH-AGR, *Olivas v. The Boeing Co.,* Case No. 5:25-
7   cv-01019-WLH-AGR, *Marin v. The Boeing Co.*, Case No. 5:25-cv-01480-WLH-
8   AGR, and *Choe v. The Boeing Co.*, No. 5:25-cv-01479-WLH-AGR (collectively,
9   "the Related Actions"). Plaintiffs in this action and the Related Actions were all
10  passengers on Alaska Airlines Flight 1282, a Boeing 737-9 airplane, and allege that
11  they were injured when the left mid-exit door plug detached from the aircraft during
12  the flight.

13         Plaintiff here pleads causes of action for negligence against Boeing and Alaska
14  Airlines ("Alaska"), ECF 1 (*"King* Compl.") ¶¶ 187–95, 235–42; and causes of
15  action for strict product liability, breach of warranty, and failure to warn against
16  Boeing, *id*. ¶¶ 196–223.[1]

17         On March 27, 2024, the *Moise* plaintiffs filed a complaint pleading a cause of
18  action for products liability against Boeing and Spirit AeroSystems, Inc. ("Spirit"),
19  *Moise*, Dkt. 1-1, Compl. ¶¶ 19–33; and a cause of action for negligence against
20  Alaska, *id*. ¶¶ 34–42. On July 31, 2024, Boeing and Spirit were dismissed without
21  prejudice for lack of personal jurisdiction. *Moise v. Boeing Co.,* No. 2:24-cv-03942-
22  WLH-AGR, 2024 WL 4405190, at *6 (C.D. Cal. July 31, 2024) (Hsu, J.). *Moise*
23  remains pending before the Honorable Wesley L. Hsu.

24         On February 21, 2025, the *Olivas* plaintiffs filed a complaint pleading causes
25  of action for negligence and products liability against Boeing, *Olivas*, Dkt. 1-2,

26
27         [1] Plaintiff also pleads alternative standards of care against Boeing and
    Alaska. *King* Compl. ¶¶ 224–34, ¶¶ 243–51.
28

-2-

1  Compl. ¶¶ 35–48; and a cause of action for negligence against Alaska, *id*. ¶¶ 49–56.

2  Boeing timely removed *Olivas* to this Court on April 25, 2025. *Olivas*, Dkt. 1, ¶ 10.

3  *Olivas* was originally assigned to the Honorable Sunshine Suzanne Sykes and

4  randomly reassigned to the Honorable Andre Birotte Jr., *id.*, Dkt. 10, before being

5  transferred to the Honorable Wesley L. Hsu, *id.*, Dkt. 16. On June 27, 2025, Boeing

6  was dismissed without prejudice for lack of personal jurisdiction. *Olivas v. The*

7  *Boeing Co.*, No. 5:25-cv-01019-WLH-AGR, Dkt. 25 at 1 (C.D. Cal. June 27, 2025)

8  (Hsu, J.). *Olivas* remains pending before the Honorable Wesley L. Hsu.

9          On March 3, 2025, the *Marin* plaintiffs filed a complaint pleading causes of

10  action for negligence against Boeing and Alaska, Dkt. 1-1, Ex. A (*"Marin* Compl.")

11  ¶¶ 175–84, 234–41; and causes of action for strict product liability, breach of

12  warranty, and failure to warn against Boeing and Spirit, *id.* ¶¶ 185–203, 204–11, 212–

13  21.[2] Alaska timely removed *Marin* to this Court on June 13, 2025. Dkt. 1. On July

14  22, 2025, *Marin* was reassigned from the Honorable George H. Wu to the Honorable

15  Wesley L. Hsu. Dkt. 20. Boeing has filed a motion to dismiss the claims against it in

16  this action for lack of personal jurisdiction. Dkt. 17. That motion is pending.

17          On March 11, 2025, the *Choe* plaintiffs filed a complaint pleading causes of

18  action for negligence against Boeing and Alaska, Dkt. 1-1, Ex. A ("Choe Compl.")

19  ¶¶ 175–84, 234–41; and causes of action for strict product liability, breach of

20  warranty, and failure to warn against Boeing and Spirit, *id.* ¶¶ 185–203, 204–11, 212–

21  21.[3] Alaska timely removed *Choe* to this Court on June 13, 2025. Dkt. 1. On July 22,

22  2025, *Choe* is assigned to the Honorable John F. Walter to the Honorable Wesley L.

23  Hsu. Dkt. 25. Boeing has filed a motion to dismiss the claims against it in this action

24  for lack of personal jurisdiction. Dkt. 23. That motion is pending.

25  _____

26          [2] The *Marin* plaintiffs also plead alternative standards of care against Boeing,
   Spirit, and Alaska. *Marin* Compl. ¶¶ 222–33, ¶¶ 242–50.

27          [3] The *Choe* plaintiffs also plead alternative standards of care against Boeing,
   Spirit, and Alaska. *Choe* Compl. ¶¶ 222–33, ¶¶ 242–50.

28

2:25-CV-06136-CV-JPR
DEFENDANT THE BOEING COMPANY'S NOTICE OF RELATED CASES
(L.R. 83-1.3.1)

1       *Olivas*, *Moise*, *Marin*, and *Choe* are related to *King* under Local Rule 83-1.3.1.

2  Each of the cases "arise from the same or a closely related transaction, happening, or

3  event," "call for determination of the same or substantially related or similar

4  questions of law and fact," and "would entail substantial duplication of labor if heard

5  by different judges." *See* C.D. Cal. L.R. 83-1.3.1.

6       Plaintiff in *King* asserts substantially the same product liability and negligence

7  claims arising out of Alaska Airlines Flight 1282 as those asserted in *Olivas*, *Moise*,

8  *Marin*, and *Choe*. The cases thus call for determination of the same or substantially

9  related or similar questions of law. While the parties, claims, and remedies are not

10  identical across the two cases, it is likely that there will be significant overlap in legal

11  arguments and evidence across the two actions. It appears very likely that there would

12  be an unduly burdensome duplication of labor and expense or the potential of

13  conflicting results if the cases were conducted before different judges.

14

15  Dated:  July 31, 2025             **PERKINS COIE LLP**

16

17                       By: */s/ Christopher M. Ledford*

18                         Christopher M. Ledford

19                         Oliver M. Gold

20                         Mack H. Shultz (pro hac vice forthcoming)

                          Christopher M. Ledford

21                         Pj M. Novack

22                       *Attorneys for Defendant The Boeing Company*

23

24

25

26

27

28                          -4-

1

2

## CERTIFICATE OF SERVICE

3      I certify under penalty of perjury that on July 31, 2025, I caused to be

4   electronically filed the foregoing document with the Clerk of the Court using the

5   CM/ECF system, which will send a notification of the filing to the email addresses

6   indicated on the Court's Electronic Mail Notice List.

7      Dated: July 31, 2025

8

9                              *s/ Christopher M. Ledford*
                               Christopher M. Ledford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:25-CV-06136-CV-JPR
DEFENDANT THE BOEING COMPANY'S NOTICE OF RELATED CASES
(L.R. 83-1.3.1)