1  BRIAN POULTER, State Bar No. 285108
   brian@poulter.law
2  **POULTER & CO. TRIAL ATTORNEYS, INC.**
3  360 N Pacific Coast Highway, Suite 2000
   El Segundo, California 90245
4  Telephone:  (310) 323 – 3029
5  Direct:       (310) 487 – 5501
   Fax:          (310) 388 – 1201
6

7  Attorney for Plaintiff,
8  STEPHANIE KING

10         UNITED STATES DISTRICT COURT
11         CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE KING, an individual; | Case No.: 2:25−cv−06136−WLH−AGR |
|---|---|
| Plaintiff, | [*Assigned to U.S. District Judge Wesley L. Hsu*] |
| v. | **STIPULATION OF DISMISSAL [FRCP 41(A)]** |
| THE BOEING COMPANY, a corporation; ALASKA AIRLINES, INC., a corporation; and DOES 1 through 20, Inclusive. | *[Filed concurrently with [Proposed] Order]* |
| Defendants. | Action Filed: July 7, 2025
Trial Date: None |

1
STIPULATION OF DISMISSAL [FRCP 41(A)]

**IT IS HEREBY STIPULATED** by and between Plaintiff STEPHANIE KING, ("Plaintiff") together with Defendants THE BOEING COMPANY and ALASKA AIRLINES, INC. ("Defendants") (collectively the "Parties"), under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed *without* prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: August 26, 2025

**POULTER & CO. TRIAL ATTORNEYS, INC.**

_____
Brian Poulter, Esq.
*Attorney for Plaintiff,*
*STEPHANIE KING*

Dated: August 26, 2025

**PERKINS COIE LLP**

  */s/ Christopher Ledford*
_____
Christopher M. Ledford, Esq.
*Attorney for Defendant,*
*THE BOEING COMPANY*

Dated: August 26, 2025

**WORTHE HANSON WORTHE & KASKIW, LLP**

  */s/ Todd Worthe*
_____
Todd C. Worthe, Esq.
*Attorney for Defendant,*
*ALASKA AIRLINES, INC.*